UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

Randy LaVarnia and Mary-Lee LaVarnia

CASE NO: 17-30864
(Chapter 13)
JUDGE: GUY R. HUMPHREY

TRUSTEE'S AUTHORIZATION FOR CREDIT TRANSACTION

Pursuant to LBR 4001-3(b)(1) delegating authority to the Trustee to allow the Debtor to enter into certain credit transactions, and the Trustee having reviewed and considered the requested transaction, the Trustee authorizes the Debtor to enter into the credit transaction with IPC INC. for the 2016 Jeep Compass as set forth in the request from the Debtor. This authorization expires 8/11/2019.

$18,437.17 @ 20% interest for 72 months at $445.00 per month.

This is not a recommendation that credit be extended and, if credit is extended, repayment of the loan must be made directly by the Debtor to the Creditor who grants the loan.

/s/ JEFFREY M. KELLNER

JEFFREY M. KELLNER    0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
Phone:  (937) 222-7600
Fax:  (937) 222-7383
email: chapter13@dayton13.com

CERTIFICATE OF SERVICE         17-30864

I hereby certify that a copy of the Trustee's Authorization For Credit Transaction was served **electronically** on the date of the filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **ordinary U.S. Mail** on June 14, 2019 addressed to:

.

Randy LaVarnia
Mary-Lee LaVarnia
1010 Olive Street
Springfield, OH  45503

Jeffrey M. Kellner, Trustee  by /s/ Jeffrey M. Kellner bjm

T273